IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 JAN 28 PM 4: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| SERON SMITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 01-S-2306-S |
| ) | |
| WARDEN OF THE BIBB COUNTY ) | |
| CORRECTIONAL FACILITY and ) | |
| THE ATTORNEY GENERAL FOR THE ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 28th day of January, 2004.

_____
UNITED STATES DISTRICT JUDGE